# United States District Court
## for the
## Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 25-CR-100 |
| WEI QIANG LIN<br>Aka "yunF Chen" |  |
| *Defendant* | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: August 11, 2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ALEKSANDER B. MILCH, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

HONORABLE LAWRENCE J. VILARDO
United States District Judge
*Judge's printed name and title*